UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

STATE OF RHODE ISLAND
COMMISSION FOR HUMAN RIGHTS,
On behalf of Kim Bunnell
    *Plaintiff,*

v.                              C.A. No. 1:25-cv-225
                              *{Superior Court C.A. No. PC-2025-02039}*

TOWN OF JOHNSTON, by and through
Its Finance Director JOSEPH CHIODO
    *Defendant.*

## DEFENDANT'S NOTICE OF REMOVAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1441 et seq., Rule 81(c) of the Federal Rules of Civil Procedure, and Local Civil Rule 81 of the United States District Court for the District of Rhode Island, Defendant, Town of Johnston by and through its Finance Director, Joseph Chiodo allege as follows:

1. Defendant, Town of Johnston by and through its Finance Director, Joseph Chiodo is the Defendant in the civil action filed in Providence County Superior Court, entitled, **Kim Bunnell v. Town of Johnston by and through its Finance Director, Joseph Chiodo, C.A. No. PC-2025-02039.**

2. Pursuant to 28 U.S.C. § 1446(a), attached hereto is a copy of the process and pleadings served upon Defendant.

3. This Notice of Removal is filed timely under 28 U.S.C. § 1446(b).

4. The above described action, as stated in Plaintiff's Complaint served upon Defendant, is one of which this Court has original federal question jurisdiction, pursuant to the provisions of 28 U.S.C. § 1331, and is therefore one which may be removed to this Court by this defendant, pursuant to the provisions of 28 U.S.C. § 1441(a)-(d).

5. This Notice of Removal is filed on behalf of defendant, Town of Johnston by and through its

*Bunnell v. Johnston*
*C.A. No. 1:25-cv-225*

Finance Director, Joseph Chiodo.

6.  A copy of this Notice of Removal will be filed promptly in the Court from which the case is being removed and all adverse parties pursuant to 28 U.S.C. § 1446(d).

7.  Within fourteen (14) days after filing this Notice of Removal, the party filing this notice shall do whatever is necessary to enable the clerk of the state court to assemble and electronically transmit a certified copy of the docket sheet and all documents filed in the case being removed, pursuant to Local Civil Rule 81(b).

Defendant,
By their Attorneys,

/s/ Marc DeSisto
Marc DeSisto, Esq. (#2757)
/s/ Julia K. Scott-Benevides
Julia K. Scott-Benevides, Esq. (#10408)
DeSisto Law LLC
4 Richmond Square, Suite 500
Providence, RI 02906
(401) 272-4442
marc@desistolaw.com
julia@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that the within document has been electronically filed with the Court on this 22nd of May 2025, and available for viewing and downloading from the ECF system. Service on the counsel of record, as listed below, will effectuated by electronic means:

Lauren E. Hill, Esq. (#9830)
Lauren.hill@richr.ri.gov

/s/ Marc DeSisto