Case Number: PC-2025-02039
Filed in Providence/Bristol County Superior Court
Submitted: 4/17/2025 5:23 PM
Envelope: 5091055
Reviewer: Randie M.

**STATE OF RHODE ISLAND**
**PROVIDENCE, SC.**                        **SUPERIOR COURT**

| | | |
|---|---|---|
| STATE OF RHODE ISLAND | : | |
| COMMISSION FOR  HUMAN RIGHTS, | : | |
| on behalf of Kim Bunnell, | : | |
|     *Plaintiff,* | : | |
| | : | C.A. No. PC- |
| | : | |
| v. | : | |
| | : | |
| TOWN OF JOHNSTON by and through | : | |
| its finance director JOSEPH CHIODO, | : | |
|     *Defendants.* | | |

## COMPLAINT

Plaintiff State of Rhode Island Commission for Human Rights ("Commission"), on behalf of Kim Bunnell, by and through the Commission's attorney, hereby commences this disability discrimination action against the Town of Johnston and Joseph Chiodo, in his capacity as Finance Director ("Defendants"), for violation of the Civil Rights of Peoples with Disabilities Act, R.I. Gen. Laws § 42-87-1, *et seq.;* Rhode Island Fair Housing Practices Act, R.I. Gen. Laws § 34-37-1, *et seq;* and the federal Fair Housing Act, 42 U.S.C. § 3601 and alleges the following:

## THE PARTIES

1. Plaintiff State of Rhode Island Commission for Human Rights ("Commission") is the state's primary anti-discrimination law enforcement agency created by § R.I. Gen. Laws 28-5-8 and empowered and directed to prevent housing discrimination pursuant to R.I. Gen. Laws § 34-37-5.

2. The Commission brings this action on behalf of Kim Bunnell ("Complainant") and residents of the State of Rhode Island as members of the "general public."

3. Defendant, Town of Johnston, is a municipal corporation, duly chartered by the State of Rhode Island, located in the County of Providence.

4. Defendant Joseph Chiodo (or his successor) is the Finance Director of the Town of Johnston and is named solely in that capacity.

Case Number: PC-2025-02039
Filed in Providence/Bristol County Superior Court
Submitted: 4/17/2025 5:23 PM
Envelope: 5091055
Reviewer: Randie M.

Case 1:25-cv-00225-JJM-AEM    Document 1-1    Filed 05/22/25    Page 2 of 4 PageID #: 4

## JURISDICTION AND VENUE

1. The jurisdiction of this Court is invoked pursuant to R.I. Gen. Laws § 34-37-1, *et seq.* and R.I. Gen. Laws § 42-87-2, *et seq.*

2. Venue is proper because the actions complained of herein occurred in Johnston, Rhode Island.

## ALLEGATIONS

3. At all times relevant to this action, Complainant lived in an accessory dwelling unit at 1 Apple Tree Lane, Johnston, Rhode Island, which she rented from the owner.

4. At all times relevant to this action, Complainant had a mental disability that substantially limited one or more of her life's major activities.

5. To alleviate symptoms of her mental disability, Complainant required two assistance animals, both dogs.

6. At all times relevant to this action, the property owner also resided at 1 Apple Tree Lane in the main residence with four dogs.

7. Defendants sent the property owner a summons to Johnston Municipal Court for violating a town ordinance stating that it is unlawful to keep more than three licensed pets at the same residence, except as permitted by the Animal Control Officer and health representative.

8. On September 21, 2022, Complainant attended the Johnston Municipal Court proceedings and gave Defendant Town a reasonable accommodation request that the Town make an exception to the ordinance to allow her to keep her assistance animals.

9. The request contained a note from a medical professional explaining Complainant's need for an assistance animal.

10. The Town did not grant the reasonable accommodation.

11. Upon information and belief, Defendants did not engage in the interactive process after Complainant made her reasonable accommodation request.

12. At all times relevant to this action, Defendants do not have a reasonable accommodation policy or procedure in place for the zoning ordinances, except for "seeing-eye dogs."

13. On April 19, 2023, the property owner received a court order stating that two of the animals would have to be removed from the property within ten days or the Town would take possession of them.

14. The property owner told Complainant that she must get rid of her two dogs.

Case Number: PC-2025-02039
Filed in Providence/Bristol County Superior Court
Submitted: 4/17/2025 5:23 PM
Envelope: 5091055
Reviewer: Randie M.

Case 1:25-cv-00225-JJM-AEM    Document 1-1    Filed 05/22/25    Page 3 of 4 PageID #: 5

15. On April 23, 2023, Complainant moved into a hotel with her assistance animals to avoid having them confiscated.

16. As a result of the Town's refusal to grant Complainant's reasonable accommodation to its ordinance, Complainant lost her housing.

17. Complainant filed a charge with the Commission on April 23, 2023 against Defendants alleging disability, discriminatory terms, conditions, privileges or services and facilities, using ordinance to discriminate in zoning and land use and failure to make a reasonable accommodation in violation of Rhode Island General Laws.

18. The charge was investigated and on October 31, 2024, Commissioner John B. Susa ruled that there was probable cause to believe that Defendants discriminated against Complainant.

WHEREFORE, the Commission respectfully requests the following relief:

a.       A finding that Defendants' actions constitute a knowing violation of Rhode Island and federal housing anti-discrimination laws and the Rhode Island Civil Rights of People with Disabilities Act; and,

b.       An order restraining and enjoining Defendant from further violation of Rhode Island and federal housing anti-discrimination laws; and,

c.       Compensatory relief in monetary damages to compensate Complainant fully for the injuries sustained as a direct result of the Defendants' discriminatory actions and to reimburse her for all other damages sustained; and,

d.       Civil penalties for the State of Rhode Island as permitted by law; and,

e.       Attorney's fees and costs; and,

f.       An award of damages to affirmatively further fair housing, including ordering the Defendants' officers to undergo housing anti-discrimination training; and,

g.       An award of damages to compensate Plaintiff for the frustration of its purpose and diversion of its resources to prosecute the investigation and litigation of the complainant's charge; and,

h.       Such other and further relief as this Court deems proper under the circumstances.

Respectfully submitted,

RHODE ISLAND COMMISSION FOR
HUMAN RIGHTS

By Its Attorney,

Case Number: PC-2025-02039
Filed in Providence/Bristol County Superior Court
Submitted: 4/17/2025 5:23 PM
Envelope: 5091055
Reviewer: Randie M.

/s/ *Lauren E. Hill*
Lauren E. Hill, #9830
180 Westminster Street
Third Floor
Providence, RI 02903
401-222-4477
Lauren.hill@richr.ri.gov

Dated: April 17, 2025