STATE OF RHODE ISLAND                              SUPERIOR COURT
PROVIDENCE, SC.

STATE OF RHODE ISLAND
COMMISSION FOR HUMAN RIGHTS,
On behalf of Kim Bunnell
        *Plaintiff,*

v.                                                 C.A. No. PC-2025-02039

TOWN OF JOHNSTON, by and through
Its Finance Director JOSEPH CHIODO
        *Defendant.*

## NOTICE OF FILING PETITION FOR REMOVAL

**TO:    Clerk's Office                    (See also those listed under
        Providence County Superior Court    Certification of Service)
        Licht Judicial Complex
        Providence, RI 02903**

Please take notice that Defendant – Town of Johnston, by and through Finance Director

Joseph Chiodo have this day filed in the United States District Court for the District of Rhode

Island a Notice of Removal of the above-entitled action from the Providence County Superior

Court to the United States District Court for the District of Rhode Island pursuant to 28 U.S.C. §§

1441 and 1446.

Dated this 22nd day of May 2025.

                                    Defendant,
                                    By their Attorneys,

                                    */s/ Marc DeSisto*
                                    Marc DeSisto, Esq. (#2757)
                                    */s/ Julia K. Scott-Benevides*
                                    Julia K. Scott-Benevides, Esq. (#10408)
                                    DeSisto Law LLC
                                    4 Richmond Square, Suite 500
                                    Providence, RI 02906
                                    (401) 272-4442
                                    marc@desistolaw.com
                                    julia@desistolaw.com

*Bunnell v. Johnston*
*C.A. No. PC-2025-02039*

<u>CERTIFICATION OF SERVICE</u>

I hereby certify, that on this 22nd day of May 2025, I electronically filed and served this

document through the electronic filing system upon the following parties:

Lauren E. Hill, Esq. (#9830)
Lauren.hill@richr.ri.gov

The document electronically served is available for viewing and/or downloading from the

Rhode Island Judiciary's Electronic Filing System.

*/s/ Marc DeSisto*