UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

STATE OF RHODE ISLAND
COMMISSION FOR HUMAN RIGHTS,
On behalf of Kim Bunnell
    *Plaintiff,*

v.                                                                                     C.A. No. 1:25-cv-00225-JJM-AEM
                                                                              *{Superior Court C.A. No. PC-2025-02039}*

TOWN OF JOHNSTON, by and through
Its Finance Director JOSEPH CHIODO
    *Defendant.*

## ANSWER

Now come the Defendants, Town of Johnston and Town of Johnston by and through its Finance Director Joseph Chiodo (collectively hereinafter "Defendants"), and hereby answers Plaintiff, State of Rhode Island Commission for Human Rights on Behalf of Kim Bunnell's ("Plaintiff") as follows:

1. Defendants make no response to the unnumbered paragraph of that portion of the Plaintiff's Complaint to the extent that said paragraph attempts to introduce claims and counts to follow in the Complaint, and as such, no response is required. However, to the extent that any portion of this paragraph is meant to allege facts, claims and/or counts not more specifically stated in the Complaint, and answered below, then said allegations are expressly denied.

As to "Parties"

2. Plaintiff's allegations contained in Paragraph No. 1 of that portion of Plaintiff's Complaint entitled "Parties" states legal conclusions properly reserved for the Court. The allegations are accordingly, denied and Plaintiff is left to her proof thereto.

3. Defendants admit the allegations contained in Paragraph Nos. 3, and 4 of that portion of the Plaintiff's Complaint entitled "The Parties."

*Bunnell v. Johnston*
*C.A. No. 1:25-cv-0225-JJM-AEM*

4.  Defendants deny the allegations contained in Paragraph No. 2 of that portion of the Plaintiff's Complaint entitled "Parties" in that Plaintiff, Kim Bunnell is the sole Plaintiff named in this lawsuit, C.A. No. 1:25-cv-00225 , previous C.A. No. PC-2025-02039.

As to "Jurisdiction and Venue"

5.  Plaintiff's allegations of jurisdiction and venue in Paragraph Nos. 1 and 2 of that portion of Plaintiff's Complaint entitled "Jurisdiction and Venue" state legal conclusions properly reserved for the Court. The allegations are accordingly, denied and Plaintiff is left to her proof thereto.

As to "Allegations"

6.  Defendants are without sufficient information to either admit or deny the allegations contained in Paragraph Nos. 3, 4, 5 and 6 of that portion of Plaintiff's Complaint entitled "Allegations" and therefore deny the same, leaving Plaintiff to her proof thereto.

7.  Defendants admit the allegations contained in Paragraph No. 7 of that portion of Plaintiff's Complaint entitled "Allegations."

8.  Defendants deny the allegations contained in Paragraph Nos. 8, 9, 10, 11, 12, and 13 of that portion of the Plaintiff's Complaint entitled "Allegations."

9.  Defendants are without sufficient information to either admit or deny the allegations contained in Paragraph Nos. 14 and 15 of that portion of the Plaintiff's Complaint entitled "Allegations," and therefore deny the same, leaving Plaintiff to her proof hereto.

10. Defendants deny the allegations contained in Paragraph Nos. 16, 17, and 18 of that portion of Plaintiff's Complaint entitled "Allegations."

*Bunnell v. Johnston*
*C.A. No. 1:25-cv-0225-JJM-AEM*

<div align="center">

**AFFIRMATIVE DEFENSES**

</div>

Defendants affirmatively plead the following defenses:

<div align="center">

**FIRST AFFIRMATIVE DEFENSE**

</div>

Defendants plead absolute and qualified immunity as a bar to the within Complaint.

<div align="center">

**SECOND AFFIRMATIVE DEFENSE**

</div>

Defendants plead all forms of statutory and common law immunity including the public duty

doctrine as a bar to the state law claims contained within the Complaint.

<div align="center">

**THIRD AFFIRMATIVE DEFENSE**

</div>

Defendants plead the statutory cap to damages as a bar and restriction on the amount of damages

recoverable in this matter under the state law claims contained within the Complaint.

<div align="center">

**FOURTH AFFIRMATIVE DEFENSE**

</div>

Plaintiff is barred from bringing suit, because she failed to bring a suit in a timely manner.

<div align="center">

**FIFTH AFFIRMATIVE DEFENSE:**

</div>

Plaintiff does not meet the requirements for Article III standing for a claim under the federal Fair

<div align="center">

Housing Act, 42 U.S.C. §3601.

</div>

<div align="center">

**SIXTH AFFIRMATIVE DEFENSE**

</div>

Plaintiff fails to state a claim for which relief can be granted.

<div align="center">

**SEVENTH AFFIRMATIVE DEFENSE**

</div>

The damages allegedly suffered by Plaintiff, if any, were caused in whole or in part by the actions

of her landlord, either individually or collectively, and/or the actions of another person for whose

conduct Defendants are not liable; therefore, Plaintiff should not recover from Defendants, or the

recovery should be reduced by the proportionate share of comparative negligence.

*Bunnell v. Johnston*
*C.A. No. 1:25-cv-0225-JJM-AEM*

## EIGHTH AFFIRMATIVE DEFENSE

Plaintiff failed to adhere to all of the statutory requirements and prerequisites necessary before

filing a suit of this nature.

## NINTH AFFIRMATIVE DEFENSE

Plaintiff failed to exhaust her administrative remedies prior to filing a lawsuit of this nature.

**Defendant demands trial by jury.**

<div style="margin-left:40%">

Defendants,
By their Attorneys,

*/s/ Marc DeSisto*
Marc DeSisto, Esq. (#2757)
*/s/ Julia K. Scott-Benevides*
Julia K. Scott-Benevides, Esq. (#10408)
DeSisto Law LLC
4 Richmond Square, Suite 500
Providence, RI 02906
(401) 272-4442
marc@desistolaw.com
julia@desistolaw.com

</div>

## CERTIFICATION OF SERVICE

I hereby certify that the within document has been electronically filed with the Court on this 23rd day of May 2025, and available for viewing and downloading from the ECF system. Service on the counsel of record, as listed below, will effectuated by electronic means:

Lauren E. Hill, Esq. (#9830)
Lauren.hill@richr.ri.gov

<div style="margin-left:40%">

*/s/ Julia K. Scott-Benevides*

</div>