PROVIDENCE/BRISTOL COUNTY SUPERIOR COURT

# SC DOCKET SHEET
## CASE NO. PC-2025-02039

Rhode Island Commission for Human Rights
v.
Town of Johnston et al.

§
§
§
§
§

Location: Providence/Bristol County Superior Court
Filed on: 04/17/2025
US District Court Case Number: 1:25-cv-00225

## CASE INFORMATION

**Statistical Closures**
05/23/2025    Closed-Non Trial-Unassigned-Removed to Federal Court

Case Type: **Civil Action**
Case Status: **05/23/2025   Closed**

| DATE | CASE ASSIGNMENT |
|---|---|
| | **Current Case Assignment**<br>Case Number: PC-2025-02039<br>Court: Providence/Bristol County Superior Court<br>Date Assigned: 04/17/2025 |

## PARTY INFORMATION

| | | *Lead Attorneys* |
|---|---|---|
| Plaintiff | Rhode Island Commission for Human Rights | **HILL, LAUREN ELIZABETH**<br>*Retained*<br>4012224477(W) |
| Defendant | Chiodo, Joseph | |
| | Town of Johnston | |

| DATE | EVENTS & ORDERS OF THE COURT |
|---|---|
| | **EVENTS** |
| 05/23/2025 | Closed-Non Trial-Unassigned-Removed to Federal Court |
| 05/23/2025 | Case Removed to US District Court |
| 05/22/2025 | 📄 Notice of Removal<br>*Defendant's Notice of Removal - State Court* |
| 04/18/2025 | 📄 Summons |
| 04/17/2025 | 📄 Complaint Filed<br>*2025.04.17 RICHR Compl* |



# STATE OF RHODE ISLAND
# AND PROVIDENCE PLANTATIONS

## CLERK'S CERTIFICATE AND TRANSMITTAL OF THE RECORD

### Case Information

Case Caption: __Rhode Island Commission for Human Rights__ vs. __Town of Johnston et al.__

Federal Court Case No. __1:25-cv-00225__    State Court Case No. __PC-2025-02039__

### Record Information

Confidential:  Yes ☐  No ☑   Description: _____

Sealed documents:  Yes ☐  No ☑   Description: _____

### Certification

I, __Stephen Burke__, Clerk of the Rhode Island Superior Court for the County of __Providence__ ▼ do certify that the attached documents are all the documents included in the record in the above referenced case.

Date: May/23/2025

Clerk:
/s/ Stephen Burke

Prepared by:
/s/ Carol MacLean

Case Number: PC-2025-02039
Filed in Providence/Bristol County Superior Court
Submitted: 5/22/2025 2:16 PM
Envelope: 5141308
Reviewer: Carol M.

Case 1:25-cv-00225-JJM-AEM   Document 6   Filed 05/23/25   Page 3 of 17 PageID #: 21

| | |
|---|---|
| STATE OF RHODE ISLAND<br>PROVIDENCE, SC. | SUPERIOR COURT |

STATE OF RHODE ISLAND
COMMISSION FOR HUMAN RIGHTS,
On behalf of Kim Bunnell
    *Plaintiff,*

v.                                                                                                                          C.A. No. PC-2025-02039

TOWN OF JOHNSTON, by and through
Its Finance Director JOSEPH CHIODO
    *Defendant.*

## NOTICE OF FILING PETITION FOR REMOVAL

TO:    Clerk's Office                        (See also those listed under
          Providence County Superior Court    Certification of Service)
          Licht Judicial Complex
          Providence, RI 02903

Please take notice that Defendant – Town of Johnston, by and through Finance Director Joseph Chiodo have this day filed in the United States District Court for the District of Rhode Island a Notice of Removal of the above-entitled action from the Providence County Superior Court to the United States District Court for the District of Rhode Island pursuant to 28 U.S.C. §§ 1441 and 1446.

Dated this 22nd day of May 2025.

                                                              Defendant,
                                                              By their Attorneys,

                                                             */s/ Marc DeSisto*
                                                             Marc DeSisto, Esq. (#2757)
                                                             */s/ Julia K. Scott-Benevides*
                                                             Julia K. Scott-Benevides, Esq. (#10408)
                                                             DeSisto Law LLC
                                                             4 Richmond Square, Suite 500
                                                             Providence, RI 02906
                                                             (401) 272-4442
                                                             marc@desistolaw.com
                                                             julia@desistolaw.com

Case Number: PC-2025-02039
Filed in Providence/Bristol County Superior Court
Submitted: 5/22/2025 2:16 PM
Envelope: 5141308
Reviewer: Carol M.

Case 1:25-cv-00225-JJM-AEM   Document 6   Filed 05/23/25   Page 4 of 17 PageID #: 22

*Bunnell v. Johnston*
C.A. No. PC-2025-02039

## CERTIFICATION OF SERVICE

I hereby certify, that on this 22nd day of May 2025, I electronically filed and served this document through the electronic filing system upon the following parties:

Lauren E. Hill, Esq. (#9830)
Lauren.hill@richr.ri.gov

The document electronically served is available for viewing and/or downloading from the Rhode Island Judiciary's Electronic Filing System.

*/s/ Marc DeSisto*

Page 2 of 2

Case Number: PC-2025-02039
Filed in Providence/Bristol County Superior Court
Submitted: 5/22/2025 2:16 PM
Envelope: 5141308
Reviewer: Carol M.

Case 1:25-cv-00225-JJM-AEM    Document 6    Filed 05/23/25    Page 5 of 17 PageID #: 23

| | |
|---|---|
| **From:** | cmecf@rid.uscourts.gov |
| **To:** | cmecfnef@rid.uscourts.gov |
| **Subject:** | Activity in Case 1:25-cv-00225 State of Rhode Island Commission for Human Rights v. Town of Johnston |
| **Date:** | Thursday, May 22, 2025 2:03:48 PM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

### District of Rhode Island

### Notice of Electronic Filing

The following transaction was entered by DeSisto, Marc on 5/22/2025 at 2:02 PM EDT and filed on 5/22/2025

| | |
|---|---|
| **Case Name:** | State of Rhode Island Commission for Human Rights v. Town of Johnston |
| **Case Number:** | 1:25-cv-00225 |
| **Filer:** | Town of Johnston |
| **Document Number:** | 1 |

**Docket Text:**
**NEW CASE/NOTICE OF REMOVAL from Providence County Superior Court, Case Number PC-2025-02039. Filing fee $ 405, receipt number ARIDC-2139087, filed by Town of Johnston. (Attachments: # (1) State Court Complaint, # (2) Notice of Removal - Superior Court, # (3) Civil Cover Sheet)(DeSisto, Marc)**

**1:25-cv-00225 Notice has been electronically mailed to:**

Marc DeSisto    marc@desistolaw.com, ana@desistolaw.com, jill@desistolaw.com, kasey@desistolaw.com

**1:25-cv-00225 Notice has been delivered by other means to:**

State of Rhode Island Commission for Human Rights

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a

Case Number: PC-2025-02039
Filed in Providence/Bristol County Superior Court
Submitted: 5/22/2025 2:16 PM
Envelope: 5141308
Reviewer: Carol M.

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096917572 [Date=5/22/2025] [FileNumber=2067433-0
] [413df8b2aefd4b92f2f78da1be7af880e2a11c60384930dd359f35bbb7b39b82f5c
6171e29110511e1787dcdab7490f9103d293bd19d105e9b8a944e1d80c041]]
**Document description:** State Court Complaint
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096917572 [Date=5/22/2025] [FileNumber=2067433-1
] [245a5fd3de7ba3b40c5fae91f394915fb2a07c7a9d006bf162f08ff89886a1e4378
821f29b0cc004d67e1ff050e969571e56f72337f79d43570b19f73b3563de]]
**Document description:** Notice of Removal - Superior Court
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096917572 [Date=5/22/2025] [FileNumber=2067433-2
] [2ccd2cc5d26cc8d2619e2b6d8c16bb082465783c8e44890a4167d32753b64d5ad0c
18415dcc217aab539307a44e680c15885f6dcb22e8c2c2e5623ba10361b6a]]
**Document description:** Civil Cover Sheet
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096917572 [Date=5/22/2025] [FileNumber=2067433-3
] [07dd8e8efd2bdb316308408e295f8f4caf648d68380d11beef09984d1792a9e6153
70868acd81a5f04bdff178d433a8fac4179d06f41fac681fcbfac0218d0b6]]

Case Number: PC-2025-02039
Filed in Providence/Bristol County Superior Court
Submitted: 5/22/2025 2:28 PM
Envelope: 5091068
Reviewer: Carol M.

**STATE OF RHODE ISLAND**           **SUPERIOR COURT**
**PROVIDENCE, SC.**

| | |
|---|---|
| STATE OF RHODE ISLAND : | |
| COMMISSION FOR HUMAN RIGHTS, : | |
| on behalf of Kim Bunnell, : | |
| *Plaintiff*, : | |
| : | C.A. No. PC- |
| : | |
| v. : | |
| : | |
| TOWN OF JOHNSTON by and through : | |
| its finance director JOSEPH CHIODO, : | |
| *Defendants*. | |

## COMPLAINT

Plaintiff State of Rhode Island Commission for Human Rights ("Commission"), on behalf of Kim Bunnell, by and through the Commission's attorney, hereby commences this disability discrimination action against the Town of Johnston and Joseph Chiodo, in his capacity as Finance Director ("Defendants"), for violation of the Civil Rights of Peoples with Disabilities Act, R.I. Gen. Laws § 42-87-1, *et seq.;* Rhode Island Fair Housing Practices Act, R.I. Gen. Laws § 34-37-1, *et seq;* and the federal Fair Housing Act, 42 U.S.C. § 3601 and alleges the following:

## THE PARTIES

1. Plaintiff State of Rhode Island Commission for Human Rights ("Commission") is the state's primary anti-discrimination law enforcement agency created by § R.I. Gen. Laws 28-5-8 and empowered and directed to prevent housing discrimination pursuant to R.I. Gen. Laws § 34-37-5.

2. The Commission brings this action on behalf of Kim Bunnell ("Complainant") and residents of the State of Rhode Island as members of the "general public."

3. Defendant, Town of Johnston, is a municipal corporation, duly chartered by the State of Rhode Island, located in the County of Providence.

4. Defendant Joseph Chiodo (or his successor) is the Finance Director of the Town of Johnston and is named solely in that capacity.

Case Number: PC-2025-02039
Filed in Providence/Bristol County Superior Court
Submitted: 5/22/2025 2:28 PM
Envelope: 5091068
Reviewer: Carolie M.

Case 1:25-cv-00225-AED   Document 1-6   Filed 05/23/25   Page 8 of 17 PageID #: 26

## JURISDICTION AND VENUE

1. The jurisdiction of this Court is invoked pursuant to R.I. Gen. Laws § 34-37-1, *et seq.* and R.I. Gen. Laws § 42-87-2, *et seq.*

2. Venue is proper because the actions complained of herein occurred in Johnston, Rhode Island.

## ALLEGATIONS

3. At all times relevant to this action, Complainant lived in an accessory dwelling unit at 1 Apple Tree Lane, Johnston, Rhode Island, which she rented from the owner.

4. At all times relevant to this action, Complainant had a mental disability that substantially limited one or more of her life's major activities.

5. To alleviate symptoms of her mental disability, Complainant required two assistance animals, both dogs.

6. At all times relevant to this action, the property owner also resided at 1 Apple Tree Lane in the main residence with four dogs.

7. Defendants sent the property owner a summons to Johnston Municipal Court for violating a town ordinance stating that it is unlawful to keep more than three licensed pets at the same residence, except as permitted by the Animal Control Officer and health representative.

8. On September 21, 2022, Complainant attended the Johnston Municipal Court proceedings and gave Defendant Town a reasonable accommodation request that the Town make an exception to the ordinance to allow her to keep her assistance animals.

9. The request contained a note from a medical professional explaining Complainant's need for an assistance animal.

10. The Town did not grant the reasonable accommodation.

11. Upon information and belief, Defendants did not engage in the interactive process after Complainant made her reasonable accommodation request.

12. At all times relevant to this action, Defendants do not have a reasonable accommodation policy or procedure in place for the zoning ordinances, except for "seeing-eye dogs."

13. On April 19, 2023, the property owner received a court order stating that two of the animals would have to be removed from the property within ten days or the Town would take possession of them.

14. The property owner told Complainant that she must get rid of her two dogs.

Case Number: PC-2025-02039
Filed in Providence/Bristol County Superior Court
Submitted: 5/22/2025 2:28 PM
Envelope: 5091068
Reviewer: Carol M.

Case 1:25-cv-00225-02145-AED Document 1-6 Filed 05/22/25 Page 9 of 17 PageID #: 27

15. On April 23, 2023, Complainant moved into a hotel with her assistance animals to avoid having them confiscated.

16. As a result of the Town's refusal to grant Complainant's reasonable accommodation to its ordinance, Complainant lost her housing.

17. Complainant filed a charge with the Commission on April 23, 2023 against Defendants alleging disability, discriminatory terms, conditions, privileges or services and facilities, using ordinance to discriminate in zoning and land use and failure to make a reasonable accommodation in violation of Rhode Island General Laws.

18. The charge was investigated and on October 31, 2024, Commissioner John B. Susa ruled that there was probable cause to believe that Defendants discriminated against Complainant.

WHEREFORE, the Commission respectfully requests the following relief:

a. A finding that Defendants' actions constitute a knowing violation of Rhode Island and federal housing anti-discrimination laws and the Rhode Island Civil Rights of People with Disabilities Act; and,

b. An order restraining and enjoining Defendant from further violation of Rhode Island and federal housing anti-discrimination laws; and,

c. Compensatory relief in monetary damages to compensate Complainant fully for the injuries sustained as a direct result of the Defendants' discriminatory actions and to reimburse her for all other damages sustained; and,

d. Civil penalties for the State of Rhode Island as permitted by law; and,

e. Attorney's fees and costs; and,

f. An award of damages to affirmatively further fair housing, including ordering the Defendants' officers to undergo housing anti-discrimination training; and,

g. An award of damages to compensate Plaintiff for the frustration of its purpose and diversion of its resources to prosecute the investigation and litigation of the complainant's charge; and,

h. Such other and further relief as this Court deems proper under the circumstances.

Respectfully submitted,

RHODE ISLAND COMMISSION FOR
HUMAN RIGHTS

By Its Attorney,

Case Number: PC-2025-02039
Filed in Providence/Bristol County Superior Court
Submitted: 5/22/2025 2:28 PM
Envelope: 5091068
Reviewer: Carolie M.

Case 1:25-cv-00225-AEM Document 6 Filed 05/23/25 Page 10 of 17 PageID #: 28

                                                */s/ Lauren E. Hill*
                                                Lauren E. Hill, #9830
                                                180 Westminster Street
                                                Third Floor
                                                Providence, RI 02903
                                                401-222-4477
                                                Lauren.hill@richr.ri.gov

Dated: April 17, 2025



# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

### SUMMONS

| | **Civil Action File Number**<br>PC-2025-02039 |
|---|---|
| **Plaintiff**<br>Rhode Island Commission for Human Rights<br>v.<br>Town of Johnston et al.<br>**Defendant** | **Attorney for the Plaintiff or the Plaintiff**<br>Lauren Elizabeth Hill<br><br>**Address of the Plaintiff's Attorney or the Plaintiff**<br>180 Westminster St<br>Floor 3<br>Providence RI  02903 |
| Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI  02903<br>(401) 222-3250 | **Address of the Defendant**<br>1385 Hartford Ave<br>Johnston RI  02919 |

**TO THE DEFENDANT, Town of Johnston:**

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Your answer must also be filed with the court.

As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| This Summons was generated on 4/18/2025. | /s/ Stephen Burke<br>Clerk |
|---|---|

Witness the seal/watermark of the Superior Court

SC-CMS-1 (revised November 2022)



# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

| **Plaintiff** | **Civil Action File Number** |
|---|---|
| Rhode Island Commission for Human Rights | PC-2025-02039 |
| v. | |
| Town of Johnston et al. | |
| **Defendant** | |

### PROOF OF SERVICE

I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant, Town of Johnston, by delivering or leaving said papers in the following manner:

☐ With the Defendant personally.

☐ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person of suitable age and discretion _____
  Address of dwelling house or usual place of abode _____
  _____
  Age _____
  Relationship to the Defendant _____

☐ With an agent authorized by appointment or by law to receive service of process.
  Name of authorized agent _____
  If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.
  _____

☐ With a guardian or conservator of the Defendant.
  Name of person and designation _____

☐ By delivering said papers to the attorney general or an assistant attorney general if serving the state.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.
  Name of person and designation _____

Page 1 of 2



# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

Upon a private corporation, domestic or foreign:
☐ By delivering said papers to an officer or a managing or general agent.
   Name of person and designation _____
☐ By leaving said papers at the office of the corporation with a person employed therein.
   Name of person and designation _____
☐ By delivering said papers to an agent authorized by appointment or by law to receive service of process.
   Name of authorized agent _____
   If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.
   _____

☐ I was unable to make service after the following reasonable attempts: _____
_____

SERVICE DATE: _____/_____/_____    SERVICE FEE $_____
                Month  Day   Year

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE

---

SIGNATURE OF PERSON OTHER THAN A SHERIFF or DEPUTY SHERIFF or CONSTABLE MUST BE NOTARIZED.

_____
 Signature

State of _____
County of _____

   On this _____ day of _____, 20____, before me, the undersigned notary public, personally appeared _____ ☐ personally known to the notary or ☐ proved to the notary through satisfactory evidence of identification, which was _____, to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

                    Notary Public: _____
                    My commission expires: _____
                    Notary identification number: _____

Page 2 of 2

SC-CMS-1 (revised November 2022)

Case Number: PC-2025-02039
Filed in Providence/Bristol County Superior Court
Submitted: 4/17/2025 5:23 PM
Envelope: 5091055
Reviewer: Randie M.

Case 1:25-cv-00225-JJM-AEM   Document 6   Filed 05/23/25   Page 14 of 17 PageID #: 32

**STATE OF RHODE ISLAND**
**PROVIDENCE, SC.**                                         **SUPERIOR COURT**

| | |
|---|---|
| STATE OF RHODE ISLAND : <br> COMMISSION FOR HUMAN RIGHTS, : <br> on behalf of Kim Bunnell, : <br>     *Plaintiff*, : <br> : <br> : <br> v. : <br> : <br> TOWN OF JOHNSTON by and through : <br> its finance director JOSEPH CHIODO, : <br>     *Defendants*. | C.A. No. PC- |

## COMPLAINT

Plaintiff State of Rhode Island Commission for Human Rights ("Commission"), on behalf of Kim Bunnell, by and through the Commission's attorney, hereby commences this disability discrimination action against the Town of Johnston and Joseph Chiodo, in his capacity as Finance Director ("Defendants"), for violation of the Civil Rights of Peoples with Disabilities Act, R.I. Gen. Laws § 42-87-1, *et seq.;* Rhode Island Fair Housing Practices Act, R.I. Gen. Laws § 34-37-1, *et seq;* and the federal Fair Housing Act, 42 U.S.C. § 3601 and alleges the following:

## THE PARTIES

1. Plaintiff State of Rhode Island Commission for Human Rights ("Commission") is the state's primary anti-discrimination law enforcement agency created by § R.I. Gen. Laws 28-5-8 and empowered and directed to prevent housing discrimination pursuant to R.I. Gen. Laws § 34-37-5.

2. The Commission brings this action on behalf of Kim Bunnell ("Complainant") and residents of the State of Rhode Island as members of the "general public."

3. Defendant, Town of Johnston, is a municipal corporation, duly chartered by the State of Rhode Island, located in the County of Providence.

4. Defendant Joseph Chiodo (or his successor) is the Finance Director of the Town of Johnston and is named solely in that capacity.

Case Number: PC-2025-02039
Filed in Providence/Bristol County Superior Court
Submitted: 4/17/2025 5:23 PM
Envelope: 5091055
Reviewer: Randie M.

Case 1:25-cv-00225-JJM-AEM   Document 6   Filed 05/23/25   Page 15 of 17 PageID #: 33

## JURISDICTION AND VENUE

1. The jurisdiction of this Court is invoked pursuant to R.I. Gen. Laws § 34-37-1, *et seq.* and R.I. Gen. Laws § 42-87-2, *et seq.*

2. Venue is proper because the actions complained of herein occurred in Johnston, Rhode Island.

## ALLEGATIONS

3. At all times relevant to this action, Complainant lived in an accessory dwelling unit at 1 Apple Tree Lane, Johnston, Rhode Island, which she rented from the owner.

4. At all times relevant to this action, Complainant had a mental disability that substantially limited one or more of her life's major activities.

5. To alleviate symptoms of her mental disability, Complainant required two assistance animals, both dogs.

6. At all times relevant to this action, the property owner also resided at 1 Apple Tree Lane in the main residence with four dogs.

7. Defendants sent the property owner a summons to Johnston Municipal Court for violating a town ordinance stating that it is unlawful to keep more than three licensed pets at the same residence, except as permitted by the Animal Control Officer and health representative.

8. On September 21, 2022, Complainant attended the Johnston Municipal Court proceedings and gave Defendant Town a reasonable accommodation request that the Town make an exception to the ordinance to allow her to keep her assistance animals.

9. The request contained a note from a medical professional explaining Complainant's need for an assistance animal.

10. The Town did not grant the reasonable accommodation.

11. Upon information and belief, Defendants did not engage in the interactive process after Complainant made her reasonable accommodation request.

12. At all times relevant to this action, Defendants do not have a reasonable accommodation policy or procedure in place for the zoning ordinances, except for "seeing-eye dogs."

13. On April 19, 2023, the property owner received a court order stating that two of the animals would have to be removed from the property within ten days or the Town would take possession of them.

14. The property owner told Complainant that she must get rid of her two dogs.

Case Number: PC-2025-02039
Filed in Providence/Bristol County Superior Court
Submitted: 4/17/2025 5:23 PM
Envelope: 5091055
Reviewer: Randie M.

Case 1:25-cv-00225-JJM-AEM   Document 6   Filed 05/23/25   Page 16 of 17 PageID #: 34

15. On April 23, 2023, Complainant moved into a hotel with her assistance animals to avoid having them confiscated.

16. As a result of the Town's refusal to grant Complainant's reasonable accommodation to its ordinance, Complainant lost her housing.

17. Complainant filed a charge with the Commission on April 23, 2023 against Defendants alleging disability, discriminatory terms, conditions, privileges or services and facilities, using ordinance to discriminate in zoning and land use and failure to make a reasonable accommodation in violation of Rhode Island General Laws.

18. The charge was investigated and on October 31, 2024, Commissioner John B. Susa ruled that there was probable cause to believe that Defendants discriminated against Complainant.

WHEREFORE, the Commission respectfully requests the following relief:

a. A finding that Defendants' actions constitute a knowing violation of Rhode Island and federal housing anti-discrimination laws and the Rhode Island Civil Rights of People with Disabilities Act; and,

b. An order restraining and enjoining Defendant from further violation of Rhode Island and federal housing anti-discrimination laws; and,

c. Compensatory relief in monetary damages to compensate Complainant fully for the injuries sustained as a direct result of the Defendants' discriminatory actions and to reimburse her for all other damages sustained; and,

d. Civil penalties for the State of Rhode Island as permitted by law; and,

e. Attorney's fees and costs; and,

f. An award of damages to affirmatively further fair housing, including ordering the Defendants' officers to undergo housing anti-discrimination training; and,

g. An award of damages to compensate Plaintiff for the frustration of its purpose and diversion of its resources to prosecute the investigation and litigation of the complainant's charge; and,

h. Such other and further relief as this Court deems proper under the circumstances.

Respectfully submitted,

RHODE ISLAND COMMISSION FOR HUMAN RIGHTS

By Its Attorney,

Case Number: PC-2025-02039
Filed in Providence/Bristol County Superior Court
Submitted: 4/17/2025 5:23 PM
Envelope: 5091055
Reviewer: Randie M.

Case 1:25-cv-00225-JJM-AEM   Document 6   Filed 05/23/25   Page 17 of 17 PageID #: 35

        /s/ Lauren E. Hill
        Lauren E. Hill, #9830
        180 Westminster Street
        Third Floor
        Providence, RI 02903
        401-222-4477
        Lauren.hill@richr.ri.gov

Dated: April 17, 2025