# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

State of Rhode Island Commission for Human Rights
Plaintiff,

v.

Case No.: 1:25−cv−00225−JJM−AEM

Town of Johnston
Defendant.

## PRETRIAL SCHEDULING ORDER

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, it is ordered that:

1. Pleadings shall be amended by October 6, 2025

2. All parties shall be joined by October 6, 2025

3. All factual discovery shall be completed by February 27, 2026

4. Plaintiff shall make its expert witness disclosures as required by Fed. R. Civ. P. 26(a)(2) by March 30, 2026

5. Defendant shall make its expert witness disclosures as required by Fed. R. Civ. P. 26(a)(2) by April 30, 2026

6. All expert discovery shall be completed by May 30, 2026

7. Dispositive motions shall be filed by June 30, 2026

The parties shall add any known additional defendants or third−party defendants within sixty (60) days of the date of this order.

No discovery motions shall be filed until after the party in good faith tries to resolve the matter with opposing counsel. If that does not resolve the dispute, the party must first have an informal conference with the Court, which can be arranged by contacting the judge's Case Manager at the direct extension listed below.

It is so ordered.

August 27, 2025

By the Court:

/s/ John J. McConnell, Jr.
United States Chief Judge

U.S. District Court
for the District of Rhode Island
One Exchange Terrace
Providence, RI 02903
Case Manager: Ryan Jackson 401–752–7213