**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

STATE OF RHODE ISLAND
COMMISSION FOR HUMAN RIGHTS,
On behalf of Kim Bunnell,
    *Plaintiff*,
v.                                 C.A. No. 1:25-cv-00225-JJM-AEM
TOWN OF JOHNSTON, by and through
Its Finance Director JOSEPH CHIODO,
*Defendant*.

## PLAINTIFF'S MOTION TO AMEND THE PRETRIAL SCHEDULING ORDER

      Plaintiff, Rhode Island Commission for Human Rights hereby files this Motion to Amend the Pretrial Scheduling Order in this action. Plaintiff seeks a 90-day extension to the dates in the controlling scheduling order. ECF 7. This is Plaintiff's first request to amend the scheduling order. As grounds for this request, Plaintiff states that the extension will enable the parties to coordinate schedules to complete factual discovery. The proposed pretrial scheduling order is as follows:

1. All factual discovery shall be completed by May 28, 2026;

2. Plaintiffs shall make their expert witness disclosures as required by Fed. R. Civ. P. 26(a)(2) by June 28, 2026.

3. Defendants shall make their expert witness disclosures as required by Fed. R. Civ. P. 26(a)(2) by July 29, 2026.

4. All expert discovery shall be completed by August 28, 2026.

5. Dispositive motions shall be filed by September 28, 2026.

      Plaintiff has conferred with Defendant concerning this motion and does not believe that Defendant will object to the request. For the foregoing reasons, Plaintiff respectfully requests that its Motion to Amend the Pretrial Scheduling Order be granted.

Plaintiff, Rhode Island Commission
for Human Rights,
By its Attorney,


*/s/ Lauren E. Hill*
Lauren E. Hill, #9830
180 Westminster St. 3rd Floor
Providence, RI 02903
401-222-4477
lauren.hill@richr.ri.gov


## CERTIFICATION OF SERVICE

I hereby certify that on February 10, 2026, I e-filed this document to the Court through the ECF system, and it is available for viewing and downloading. The document has been served on counsel of record electronically:

Marc DeSisto, Esq.
marc@desistolaw.com

Julia K. Scott-Benevides, Esq.
julia@desistolaw.com


*/s/ Lauren E. Hill*