STATE OF RHODE ISLAND
COMMISSION FOR HUMAN RIGHTS,
On behalf of Kim Bunnell
    *Plaintiff,*

v.                              C.A. No. 1:25-cv-00225-JJM-AEM

TOWN OF JOHNSTON, by and through
Its Finance Director JOSEPH CHIODO
    *Defendant.*

## <u>DEFENDANTS' MOTION TO EXTEND PRE-TRIAL DEADLINES</u>

Now comes Defendant, Town of Johnson, by and through its Finance Director, Joseph Chiodo ("Defendant") and hereby move for a Motion to Extend the Pretrial Scheduling Order in this action. Defendant seeks a 90-day extension to the discovery and the dates thereinafter. This is Defendant's first request to amend the scheduling order. As grounds for this request, Defendant states that the extension will enable the parties to coordinate schedules to complete factual discovery. The proposed pretrial scheduling order is as follows:

1. All factual discovery shall be completed by August 27, 2026;
2. Plaintiffs shall make their expert witness disclosures as required by Fed. R. Civ. P. 26(a)(2) by September 26, 2026.
3. Defendants shall make their expert witness disclosures as required by Fed. R. Civ. P. 26(a)(2) by October 26, 2026.
4. All expert discovery shall be completed by November 25, 2026.
5. Dispositive motions shall be filed by December 25, 2026.

Defendant has conferred with Plaintiff, State of Rhode Island Commission for Human Rights on behalf of Kim Bunnell ("Plaintiff") concerning this motion and does not believe that Plaintiff will object to the request. Wherefore, Defendant respectfully requests that its Motion to Extend Pretrial Scheduling Order be granted.

Defendants,
By their Attorneys,

*/s/ Marc DeSisto*
Marc DeSisto, Esq. (#2757)
*/s/ Julia K. Scott-Benevides*
Julia K. Scott-Benevides, Esq. (#10408)
DeSisto Law LLC
4 Richmond Square, Suite 500
Providence, RI 02906
(401) 272-4442
marc@desistolaw.com
julia@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that the within document has been electronically filed with the Court on this 25th day of May 2026, and available for viewing and downloading from the ECF system. Service on the counsel of record, as listed below, will effectuated by electronic means:

Lauren E. Hill, Esq. (#9830)
Lauren.hill@richr.ri.gov

*/s/ Julia K. Scott- Benevides*